**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Patrick Young** | Social Security number or ITIN  **xxx–xx–2059** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Stephanie Lynn Young** | Social Security number or ITIN  **xxx–xx–2429** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–23471–TPA**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Patrick Young                                       Stephanie Lynn Young
                                                                              fka Stephanie Lynn Henry

4/14/21                                                              **By the court:**   Thomas P. Agresti
                                                                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23471-TPA |
| Robert Patrick Young | Chapter 7 |
| Stephanie Lynn Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Patrick Young, Stephanie Lynn Young, 2102 Dutch Hollow Road, Jeannette, PA 15644-4508 |
| aty | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15322819 | + | Amber Sullenburger, 701 Stella Street, Jeannette, PA 15644-1364 |
| 15322826 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 15322829 | + | Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15322830 | + | Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 15322834 | | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15322833 | + | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15322837 | + | Vervent / Yamaha, 10182 Telesis Ct., Ste 300, San Diego, CA 92121-4777 |
| 15322838 | + | Vervent / Yamaha Motor Finance, Corporation, U.S.A., P.O. Box 504125, San Diego, CA 92150-4125 |
| 15322839 | + | Wells Fargo Auto, MAC D0202-030, PO Box 33068, Raleigh, NC 27636-3068 |
| 15322844 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15322845 | | Yamaha Motor Finance Corp., U.S.A., Yamaha Financial Services, P.O. Box 206536, Dallas, TX 75320-6536 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2021 04:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15322820 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 15322824 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 15 2021 03:25:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 15322821 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citibank / Best Buy, Citicorp Credit Services/ Centralized, Bankruptcy Dept., P.O. Box 790034, Saint Louis, MO 63179-0034 |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15322822 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citibank, NA, Attn: Jane Fraser, President, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15322823 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citibank, NA / Best Buy, Attn: Jane Fraser, President, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 15322825 | | Email/Text: bankruptcy@connexuscu.org | Apr 15 2021 04:05:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026 |
| 15322828 | | Email/Text: teller2@lescofcu.com | Apr 15 2021 03:25:00 | LESCO Federal Credit Union, C/O Annette Rusnock, CEO/President, 2613 Ligonier Street, Latrobe, PA 15650 |
| 15322827 | | Email/Text: teller2@lescofcu.com | Apr 15 2021 03:25:00 | Lesco Federal Credit Union, 2613 Ligonier Street, Latrobe, PA 15650 |
| 15322836 | | EDI: PRA.COM | Apr 15 2021 03:28:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15322835 | | EDI: PRA.COM | Apr 15 2021 03:28:00 | Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Blvd., Norfolk, VA 23502 |
| 15322832 | + | Email/Text: bankruptcynotices@psecu.com | Apr 15 2021 04:04:00 | Pennsylvania State Employees Credit, Union, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15322840 | + | EDI: WFFC.COM | Apr 15 2021 03:28:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 15322842 | | EDI: WFFC.COM | Apr 15 2021 03:28:00 | Wells Fargo Bank, N.A., P.O. Box 522, Des Moines, IA 50306-0522 |
| 15322841 | | EDI: WFFC.COM | Apr 15 2021 03:28:00 | Wells Fargo Bank, N.A., P.O. Box 5132, Sioux Falls, SD 57117-5132 |
| 15322843 | + | EDI: WFFC.COM | Apr 15 2021 03:28:00 | Wells Fargo Bank, N.A. / Bob's Discount, C/O Charles W. Scharf, CEO & President, 420 Montgomery Street, San Francisco, CA 94104-1207 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15322831 | | Navient, Attn: Claims Dept, PO Box 9500, DE 19773 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 16, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Robert Patrick Young dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Stephanie Lynn Young dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7